AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Oklahoma

| | |
|---|---|
| In the Matter of the Search of<br>*Information Associated with the Google Accounts*<br>*miller101287@gmail.com, j.miller101287@gmail.com,*<br>*jm10121987@gmail.com, getthatshit101287@gmail.com,*<br>*mechanicnearmenow@gmail.com,*<br>*jennmadi02@gmail.com, and*<br>*iloveandmissyoumaya@gmail.com, that are Stored at a*<br>*Premises Controlled by Google LLC* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 26-MJ-426-JFJ |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ Northern _____ District of _____ California _____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment "A." This court has authority to issue this warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A).

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

See Attachment "B"

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before _____ 5/28/26 _____

                                                                 *(not to exceed 14 days)*

☐ in the daytime, 6:00 a.m. to 10:00 p.m.  ☑ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
_____ Jodi F. Jayne _____ .
                         *(name)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized (check the appropriate box):
        ☐ for _____ days *(not to exceed 30)*.
        ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:  5/14/26, 10:13am _____
                                                  *Judge's signature*

City and state:     Tulsa, Oklahoma _____     _____ Jodi F. Jayne, U.S. Magistrate Judge _____
                                                        *Printed name and title*

AO 93   (Rev. 12/09) Search and Seizure Warrant (Page 2)

<table>
<tr><td colspan="3" align="center">**Return**</td></tr>
<tr><td>Case No.:<br>26-MJ-426-JFJ</td><td>Date and time warrant executed:<br>5/14/2026</td><td>Copy of warrant and inventory left with:<br>Google LERS</td></tr>
<tr><td colspan="3">Inventory made in the presence of :</td></tr>
<tr><td colspan="3">Inventory of the property taken and name of any person(s) seized:<br><br>Search warrant uploaded to Google LERS portal on 5/14/2026. A confirmation E-mail was received on 5/14/2026 at 11:16 P.M., confirmation # 136386908</td></tr>
</table>

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 5/18/2026

_____
Executing officer's signature

SA Kaby Knodle, FBI
Printed name and title

## ATTACHMENT A

### Property to Be Searched

This warrant applies to information associated with miller101287@gmail.com, j.miller101287@gmail.com, jm10121987@gmail.com, getthatshit101287@gmail.com, mechanicnearmenow@gmail.com, jennmadi02@gmail.com, and iloveandmissyoumaya@gmail.com, ("the Accounts") that are stored at premises owned, maintained, controlled, or operated by Google LLC, a company headquartered at 1600 Amphitheatre Parkway, Mountain View, CA 94043.

## ATTACHMENT B

### Particular Things to be Seized

**I.    Information to be disclosed by Google LLC ("Google")**

To the extent that the information described in Attachment A is within the possession, custody, or control of Google, regardless of whether such information is located within or outside of the United States, and including any emails, records, files, logs, or information that has been deleted but is still available to Google, or has been preserved pursuant to a request made under 18 U.S.C. § 2703(f) on April 21, 2026, with Google Reference Number 133449841, and on May 7, 2026, with Google Reference Number 135501391, Google is required to disclose to the government for each account or identifier listed in Attachment A the following information from October 1, 2024 to January 31, 2025, unless otherwise indicated:

a.   All business records and subscriber information, in any form kept, pertaining to the Account, including:

1.   Names (including subscriber names, user names, and screen names);

2.   Addresses (including mailing addresses, residential addresses, business addresses, and email addresses, including alternate and recovery email addresses);

3.   Telephone numbers, including SMS recovery and alternate sign-in numbers;

4.   Records of session times and durations, and the temporarily assigned network addresses (such as Internet Protocol ("IP") addresses) associated with those sessions, including log-in IP addresses;

5.     Telephone or instrument numbers or other subscriber numbers or identities, including any temporarily assigned network address, SMS recovery numbers, Google Voice numbers, and alternate sign-in numbers;

6.     Length of service (including start date and creation IP) and types of service utilized;

7.     Means and source of payment (including any credit card or bank account number); and

8.     Change history.

b.     All device information associated with the Account, including but not limited to, manufacture names, model numbers, serial number, media access control (MAC) addresses, international mobile equipment identifier (IMEI) numbers, FCC ID numbers, Android IDs, and telephone numbers;

c.     Records of user activity for each connection made to or from the Accounts, including, for all Google services, the date, time, length, and method of connection, data transfer volume, user names, source and destination IP address, name of accessed Google service, and all activity logs.

d.     The contents of all emails associated with the account, including stored or preserved copies of emails sent to and from the account, draft emails, and deleted emails; attachments; the source and destination addresses associated with each email; the size, length, and timestamp of each email; and true and accurate header information including the actual IP addresses of the sender and recipients of the emails;

2

e.  Any records pertaining to the user's contacts, including: address books; contact lists; social network links; groups, including Google Groups to which the user belongs or communicates with; user settings; and all associated logs and change history;

f.  The contents of all text, audio, and video messages associated with the account, including Chat, Duo, Hangouts, Meet, and Messages (including SMS, MMS, and RCS), in any format and however initially transmitted, including, but not limited to: stored, deleted, and draft messages, including attachments and links; the source and destination addresses associated with each communication, including IP addresses; the size, length, and timestamp of each communication; user settings; and all associated logs, including access logs and change history;

g.  The contents of all records associated with the account in Google Drive (including Docs, Sheets, Forms, and Slides) and Google Keep, including: files, folders, media, notes and note titles, lists, applications, and other data uploaded, created stored, or shared with the account including drafts and deleted records; third-party application data and backups; SMS data and device backups; the creation and change history of each record; accounts with access to or which previously accessed each record; any location, device, other Google service (such as Google Classroom or Google

3

Group), or third party application associated with each record; and all associated logs, including access logs and IP addresses, of each record;

h. The contents of all media associated with the account in Google Photos, including: photos, GIFs, videos, animations, collages, icons, or other data uploaded, created, stored, or shared with the account, including drafts and deleted records; accounts with access to or which previously accessed each record; any location, device, or third-party application data associated with each record; and all associated logs of each record, including the creation and change history, access logs, and IP addresses;

i. All maps data associated with the account, including Google Maps and Google Trips, including: all saved, starred, and privately labeled locations; search history; routes begun; routes completed; mode of transit used for directions; My Maps data; accounts and identifiers receiving or sending Location Sharing information to the account; changes and edits to public places; and all associated logs, including IP addresses, location data, and timestamps, and change history;

j. All Location History and Web & App Activity indicating the location at which the account was active, including the source of the data, date and time, latitude and longitude, estimated accuracy, device and platform, inferences drawn from sensor data (such as whether a user was at rest,

4

walking, biking, or in a car), and associated logs and user settings, including Timeline access logs and change and deletion history;

k.    All Internet search and browsing history, and application usage history, including Web & App Activity, Voice & Audio History, Google Assistant, and Google Home, including: search queries and clicks, including transcribed or recorded voice queries and Google Assistant responses; browsing history, including application usage; bookmarks; passwords; autofill information; alerts, subscriptions, and other automated searches, including associated notifications and creation dates; user settings; and all associated logs and change history;

l.    All Google Voice records associated with the account, including: forwarding and other associated telephone numbers, connection records; call detail records; SMS and MMS messages, including draft and deleted messages; voicemails, including deleted voicemails; user settings and all associated logs, including access logs, IP addresses, location data, timestamps, and change history;

m.    All records or other information regarding the identification of the account, to include full name, physical address, telephone numbers and other identifiers, records of session times and durations, the date on which the account was created, the length of service, the IP address used to register

5

the accounts, log-in IP addresses associated with session times and dates, account status, alternative email addresses provided during registration, methods of connecting, log files, and means and source of payment (including any credit or bank account number);

n.    The types of service utilized;

o.    The length of service (including start date) and the means and source of any payments associated with the service (including any credit card or bank account number);

p.    All privacy settings and other account settings, including privacy settings for individual communications, and all records showing which, if any user(s), have been blocked by the accounts;

q.    All records or other information stored by an individual using the account, including address books, contact and buddy lists, calendar data, pictures, and files; and

r.    All records pertaining to communications between Google and any person regarding the account, including contacts with support services and records of actions taken;

s.    All data, including metadata, within the Google Photos Infrastructure associated with the Google accounts;

t.    All e-mail, including metadata, within the Google Gmail (e-mail) Infrastructure for the Google accounts;

6

u.  All account-related cookie data;

v.  A list of any additional Google accounts with the same device identifiers such as IMEI, MEID, MAC, serial number or Android identifier; a list of any Google accounts with the same SMS number as the above listed account; a list of any Google accounts with the same secondary email address as the above listed account.

Google is hereby ordered to disclose the above information to the government within 14 days of issuance of this warrant.

## II.    Information to be seized by the government

All information described above in Section I that constitutes fruits, contraband, evidence, and/or instrumentalities of violations of 18 U.S.C. §§ 1151, 1153, 2241(c) – Aggravated Sexual Abuse of a Minor Under 12 Years of Age in Indian Country, including, for each account or identifier listed on Attachment A:

a.  Evidence, or fruits of physical sexual abuse of children as described in 18 U.S.C. § 2241(c)

b.  Evidence indicating how and when the Account was accessed or used, to determine the geographic and chronological context of account access, use, and events relating to the crime under investigation and to the email account owner;

c.  Evidence indicating the Account owner's state of mind as it relates to the crime under investigation;

d.  The identity of the person(s) who created or used the Account, including records that help reveal the whereabouts of such person(s).

7

This warrant authorizes a review of electronically stored information, communications, other records and information disclosed pursuant to this warrant in order to locate evidence, fruits, and instrumentalities described in this warrant.

8